IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

                                                            **No.** CR 20-1362 WPJ

       **Plaintiff,**

vs.

**TONY PAZ,**

       **Defendant**

### UNOPPOSED MOTION TO RESET THE TIME OF THE SENTENCING HEAR\ING OF JANUARY 25, 2024

      COMES NOW the Defendant, Tony Paz, by and through his attorney of record Brian A. Pori, and with the presumed approval of Assistant United States Attorney Jon Stanford (counsel of record for the United States) to respectfully request that this Honorable Court re-set the time of the Sentencing Hearing on January 25, 2023 because of an unexpected change in defense counsel overseas travel. In support of this Unopposed Motion, counsel for Mr. Paz states:

1.    This Honorable Court re-set Mr. Paz's Sentencing Hearing of December 11, 2023 to January 25, 2024 at 10:00 a.m., following the unavailability of defense counsel.

2.    Counsel for Mr. Paz previously scheduled, a pre-paid, overseas vacation and made plans to return to Albuquerque on January 24, 2024 at 10:00 p.m.. Unfortunately counsel's return flight was recently changed by the

airline and now defense counsel is not currently scheduled to return to Albuquerque until January 25, 2024 at 10:25 a.m

3. Mr. Paz is eager to proceed to his sentencing hearing and he respectfully requests, if it is possible, that this Honorable Court maintain the sentencing hearing on January 25, 2024 but re-set the hearing time due to the unavailability of defense counsel. If time is available, Mr. Paz would respectfully request that the January 25th Sentencing Hearing be re-set to 3:30 p.m. or 4:00 p.m.

3. Assistant United States Attorney Jon Stanford, counsel of record for the United States, has been informed of this Motion to Re-Set the Time of the January 25, 2024 Sentencing Hearing and defense counsel presumes that Mr. Stanford does not oppose the Motion.

WHEREFORE, for all of the foregoing reasons, Defendant Tony Paz respectfully requests that this Honorable Court re-set the time for the January 25, 2024 Sentencing Hearing to 3:30 or 4:00 p.m.

Respectfully submitted,

*/s Brian A. Pori 1/16/2*4
Brian A. Pori
Attorney at Law
204 Bryn Mawr NE
Albuquerque, NM 87106

Counsel for Tony Paz

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of January, 2024 I filed the foregoing Motion through the District Court CM/ECF electronic filing program which caused a copy of the pleading to be electronically delivered to counsel for the United States addressed as follows:

Jon Stanford, Esq.
United States Attorney's Office
P.O. Box 607
Albuquerque, NM 87103

                                          */s Brian A. Pori 1/16/24*
                                          Brian A. Pori